UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ENERGY & ENVIRONMENTAL INTERNATIONAL, L.C., *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| *versus* | § § § § | CIVIL ACTION H-03-206 |
| CONOCO, INC., *et al.*, | § § § | |
| Defendants. | § | |

## Opinion on Dismissal

Had Conoco's patent-infringement claim been unwarranted on its face, the case never would have gone to trial. The $9-million judgment substantiates Conoco's argument that its claim was neither objectively baseless nor subjectively motivated by a desire to impede competition, except, of course, as allowed by the patent laws.

For these reasons, Energy & Environmental International's suit against Conoco for antitrust violations will be dismissed.

Signed June 22, 2005, at Houston, Texas.

_____
Lynn N. Hughes    USDJ
United States District Judge